**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:        Derrick Bernard v. The State of Texas

Appellate case number:    01-18-00876-CR

Trial court case number:    1550370

Trial court:                        185th District Court of Harris County


      This Court's May 9, 2019 Order of Abatement had abated and remanded this case to the trial court to conduct a late-brief hearing within 30 days of that order to determine whether appellant's counsel, Patrick F. McCann, had abandoned the appeal. On May 28, 2019, the supplemental reporter's record of the abatement hearing held that day was filed in this Court. The trial court found that appellant wanted to continue with his appeal, that appellant's counsel had not abandoned his appeal and had nearly completed his brief, but that he requested additional time and was given until June 10, 2019, to file his brief. On June 10, 2019, the Clerk of this Court received appellant's brief in this Court.

      Accordingly, the Court sua sponte directs the Clerk of this Court to **REINSTATE** this case on the active docket and mark appellant's brief as **filed** as of June 10, 2019.

      The State's brief, if any, is **ORDERED** to be filed within **30 days** of the date of this Order. *See* TEX. R. APP. P. 2, 38.6(b), (d).

      It is so ORDERED.

Judge's signature: _____/s/ Laura C. Higley_____
               ☑ Acting individually     ☐ Acting for the Court
Date: __June 13, 2019__